# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LONG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　Defendants. | Case No.: 1:18-cv-00563-DAD-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO AMEND<br><br>[ECF No. 9] |

Plaintiff Keven Long is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff is a civil detainee housed at the Atascadero State Hospital.

On May 11, 2018, Plaintiff filed a motion to amend the complaint. (ECF No. 9.) On May 7, 2018, Plaintiff filed a first amended complaint. (ECF No. 6.) On May 9, 2018, the undersigned screened Plaintiff's first amended complaint and issued Findings and Recommendations recommending that the action be dismissed for failure to state a cognizable claim for relief. (ECF No. 8.) The Findings and Recommendations were served on Plaintiff and contained notice that objections were to be filed within twenty-one (21) days. (Id.) Plaintiff does not indicate why he wishes to further amend the complaint and if Plaintiff does not agree with the May 9, 2018, Findings and

///
///
///

Recommendations he may file objections.  Accordingly, Plaintiff's motion to file an amended complaint is denied.

IT IS SO ORDERED.

Dated:   **May 14, 2018**

UNITED STATES MAGISTRATE JUDGE